ORIGINAL

FILED
MAY - 1 2006
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

CHARLES W. YETT and
NAOMI J. YETT

Plaintiffs,

vs.

UNITED STATES OF AMERICA

Defendant.

DOCKET NO. 06-347 T
JUDGE: ________________

## NOTICE OF INDIRECTLY RELATED CASES

The above captioned and styled matter is a "Greenberg Brothers" tax refund case that is indirectly related to the following cases, and pursuant to agreement under RCFC 40(b)(3), should be assigned to Judge Bruggink:

| Name | Suit Date | Docket No. |
|---|---|---|
| Pannico, Richard | 04/06/02 | 02-278T |
| Shelton, Tommy | 08/23/02 | 02-1042T |
| Bush, Lyman | 08/23/02 | 02-1041T |
| Bates, Henry | 09/05/02 | 02-1123T |
| Mandich, Rbt. | 09/18/02 | 02-1222T |
| Locker, Marsha<br>for Gerald Cooper | 11/13/02 | 02/1550T |
| Nirschl, Herman | 11/13/02 | 02-1551T |
| Secord, Warren | 05/02/03 | 03-878T |

| Name | Suit Date | Docket No. |
|---|---|---|
| Whitehurst, Frances | 06/28/03 | 03-1616T |
| Larson, Doug | 08/30/04 | 04-1397T |
| Hendryx, Michael | 09/10/04 | 04-1433T |
| Bates, Henry | 9/27/04 | 04-1495 |
| Shelton, Tommy | 10/25/04 | 04-1595 |
| Fagerland, David | 10/25/04 | 04-1597 |
| Habenicht, Brad | 10/25/04 | 04-1596 |
| Bush, Lymon | 10/25/04 | 04-1598 |
| Wagner, Wm | 10/25/04 | 04-1599 |
| Mandich, Rbt. | 1/6/05 | 05-018 |
| Flynn, James | 1/6/05 | 05-019 |
| Gamble, Kenneth | 01/14/05 | 05-115 |
| McCarthy, Jack | 2/4/05 | 05-190 |
| Romain, Harry | 2/7/05 | 05-199 |
| Nelson, Murray | 2/7/05 | 05-198 |
| Flynn, James | 3/14/05 | 05-307 |
| Larson, Doug | 3/18/05 | 05-379 |
| Habenicht, Brad | 04/28/05 | 05-505 |
| Arnold, Tom | 05/04/05 | 05-513 |
| Cox, Raymond | 08/01/05 | 05-839 |
| Nirschl, Herman M. | 10/17/05 | 05-1112 |
| Whitehurst, Francis Dan | 11/14/05 | 05-1200T |

Respectfully,

Thomas E. Redding

Thomas E. Redding
Redding & Associates, P.C.
2914 W. T.C. Jester
Houston, Texas 77018
(713) 965-9244
(713) 621-5227 (Fax)
ATTORNEY FOR PLAINTIFFS

OF COUNSEL FOR PLAINTIFFS:
Teresa J. Womack
Sallie W. Gladney
Redding & Associates, P.C.
2914 W. T.C. Jester
Houston, Texas 77018
(713)965-9244 Voice
(713)621-5227 Fax

## Certificate of Service

On April 28, 2006, the forgoing Notice of Indirectly related cases was served by U.S. mail on the following counsel for the United States in the above referenced indirectly related cases:

Mr. Benjamin C. King
U.S. Department of Justice
Tax Division, Claims Court Section
P.O. Box 26
Ben Franklin Station
Washington, D.C. 20044-0026

Teresa J. Womack

Teresa J. Womack